IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOE HAND PROMOTIONS, INC.**                                        **PLAINTIFF**

v.                                         **CAUSE NO. 1:21cv307-LG-RPM**

**CIGARS EL PURO'S PERFECTO LLC
d/b/a PERFECTO CIGAR SHOP, THE
HUMIDOR AT HATTIESBURG LLC d/b/a**          **DEFENDANTS**
**THE HUMIDOR AT HATTIESBURG, and
MATTHEW SCOTT SENGE**

## DEFAULT JUDGMENT

**IT IS ORDERED AND ADJUDGED** that Default Judgment is granted in favor of Plaintiff Joe Hand Promotions, Inc. against Defendant Matthew Scott Senge, individually, and as an officer, director, shareholder, member and/or principal of Defendant Cigars El Puro's Perfecto LLC d/b/a Perfecto Cigar Shop and Defendant The Humidor at Hattiesburg LLC d/b/a The Humidor at Hattiesburg. Plaintiff is awarded damages against Defendants Matthew Scott Senge and Perfecto Cigar Shop in the amount of $7,553.25 and against Defendants Matthew Scott Senge and The Humidor at Hattiesburg in the amount of $10,316.25. Attorney's fees in the amount of $1,500 are also warranted. The amount of damages totals $19,369.50.

**SO ORDERED AND ADJUDGED** this the 14th day of April, 2022.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE